FILED '06 SEP 11 14:43 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| YVONNE C. FLETES, | ) | |
| | ) | |
| Plaintiff, | ) | CV 05-99-CO |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROGUE VALLEY TRANSPORTATION DISTRICT, an Oregon special district, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PANNER, J.**

On August 17, 2006, Magistrate Judge Cooney filed his Findings and Recommendation (docket # 33), recommending that Plaintiff's motion (# 30) for leave to file an amended complaint, and for leave to reopen discovery, be granted. The matter is now before me for review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). I find no error.

### Conclusion

Magistrate Judge Cooney's Findings and Recommendation (docket # 33) are adopted. Plaintiff's motion (# 30) for leave to file an amended complaint, and for leave to reopen discovery,

1 - ORDER

is granted.  Judge Cooney will enter an order establishing a new discovery deadline.

    IT IS SO ORDERED.

    DATED this _10_ day of September, 2006.

                                        /s/ Owen M. Panner
                                        OWEN M. PANNER
                                        U.S. DISTRICT JUDGE