IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| YVONNE C. FLETES, | ) | Civil No. 05-99-CL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| ROGUE VALLEY TRANSPORTATION | ) | |
| DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PANNER, Judge.**

After reviewing the affidavits, exhibits, and briefing, the court concludes there are genuine issues of material fact for trial.  The Reports and Recommendations (docket # 107, # 108) are not adopted.  Defendants' summary judgment motions (## 50, 54, 57) are denied.  This action and <u>Hathaway v. Rogue Valley Transport. Dist.</u>, CV 05-98-CL, are consolidated for trial.

IT IS SO ORDERED.

DATED this 24th day of October, 2007.

_____
Owen M. Panner
United States District Judge